IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-EWN-OES

WALLACE MITCHELL,

        Plaintiff,

v.

KEVIN ESTRADA, Correction Officer,
JOE E. GUNJA, Warden,
RACHEL MILLER, R.N.,
BILL GRANT, M.D., Psychiatriast,
BRANDON E. PAYNE, EMT-Paramedic,
HARLEY LAPPIN, Director, Bureau of Prisons,
in Their Person and Professional Capacity,

        Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Judge

    ced Plaintiff submitted a Notice of Appeal on October 17, 2005. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___  is missing affidavit
      ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___  is missing required financial information
      ___  is missing an original signature by the prisoner
      ___  is not on proper form (must use the court's current form)
      ___  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   20th   day of October, 2005.

BY THE COURT:

  /s/ Edward W. Nottingham

EDWARD W. NOTTINGHAM
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO