IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff(s),

v.

KEVIN ESTRADA, et al.,

Defendant(s).

ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that a STATUS Conference shall be held on:

> May 18, 2007, at 9:00 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER OF:
Wallace Mitchell
#51443-060
COLEMAN II U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521

   FURTHER, it is ORDERED that the Defendants' counsel shall arrange a telephone conference call, including the plaintiff and then contact the Court by calling (303) 844-2403. The plaintiff's case manager shall make the appropriate arrangements to permit his attendance at the Telephonic Status Conference.

Date:  April 19, 2007

Case 1:03-cv-00387-EWN-MJW   Document 200   Filed 04/19/2007   Page 2 of 2