IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff(s),

v.

KEVIN ESTRADA, et al.,

Defendant(s).

MINUTE ORDER

**IT IS HEREBY ORDERED** that the plaintiff's Motion to Have Plaintiff's Address and Caption of Case Corrected on All Records (Docket No. 199) is **DENIED.** When this action was commenced, the first named defendant on the Prisoner Complaint (Docket No. 3) was "United States of America, ex rel. via Federal Bureau of Prisons." That defendant is thus properly reflected on the court's docket as the first defendant in this action, with the additional notation that such defendant was terminated on October 10, 2003. Furthermore, the docket no longer reflects that this action was closed on September 29, 2005 (the date final judgment had been entered - see Docket No. 171). Finally, plaintiff's address on the docket is in the format utilized by the court for all inmates at that facility and will not be changed.

Date: April 23, 2007