IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff(s),

v.

KEVIN ESTRADA, et al.,

Defendant(s).

MINUTE ORDER

**IT IS HEREBY ORDERED** that the plaintiff's Motion to Have Manual Notification Corrected and Give Notice of Time Zone Difference (Docket No. 204) is granted in part and denied in part as follows.

The motion is granted to the extent that the manual notification of the plaintiff's case manager shall be amended so it reads as follows:

TO THE CASE MANAGER OF:
Wallace Mitchell
#51443-060
USP COLEMAN II
U.S. PENITENTIARY
P.O. BOX 1024
COLEMAN, FL 33521

The motion is denied with respect to plaintiff's requests to address the mailings to a specifically-named case manager, to have the Warden receive the manual notification, and to amend the court's previous order setting a conference.  With respect to the latter request, whenever this court sets a conference, the time set is obviously for the time zone in which the court is located, which is Mountain Time.

Date: May 1, 2007