IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

        Plaintiff,

v.

KEVIN ESTRADA, Correction Officer,
JOE E. GUNJA, Warden,
RACHEL MILLER, R.N.,
BILL GRANT, M.D., Psychiatrist,
BRANDON E. PAYNE, EMT-Paramedic,
HARLEY LAPPIN, Director, Bureau of Prisons,
in Their Personal and Professional Capacity,

        Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Chief Judge

Plaintiff submitted a Motion For Leave To File An Interlocutory Appeal, which is now being treated as a notice of appeal on June 11, 2007. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X     is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X     is not submitted
       ___  is missing affidavit
       ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

    ___ is missing required financial information
    ___ is missing an original signature by the prisoner
    ___ is not on proper form (must use the court's current form)
    ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 19th of June, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                CHIEF JUDGE, UNITED STATES DISTRICT
                COURT FOR THE DISTRICT OF COLORADO