IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff(s),

v.

KEVIN ESTRADA, et al.,

Defendant(s).

MINUTE ORDER

**IT IS HEREBY ORDERED** that the plaintiff's Motion to Withdraw Motion for Leave to File an Interlocutory Appeal (Docket No. 222) is granted.  Accordingly, plaintiff's Motion for Leave to File an Interlocutory Appeal (Docket No. 218) is deemed withdrawn.

Date: June 25, 2007