IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

## MINUTE ORDER

**IT IS HEREBY ORDERED** that the plaintiff's Motion for the Recovery of Appellate Fees and Suspension of Any Further Collection of Appellate Fees (Docket No. 198) is denied without prejudice.  This court does not have jurisdiction to grant the relief sought in this motion.  Plaintiff should seek such relief from the Tenth Circuit Court of Appeals.

Date: July 7, 2007