IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    **IT IS HEREBY ORDERED** that the plaintiff's Motion for an Extension of Time of (14) Fourteen Days to Make Rule 26(a)(1) Disclosure (Docket No. 237) is granted. It is further

    **ORDERED** that the plaintiff's Motion for Clerk to be Notified of Status of Available Pro Bono Counsel (Docket No. 239) is granted to the extent that the court will forward the plaintiff's motion to the appropriate Deputy Clerk. Plaintiff is advised, however, the granting of his request for appointed counsel does not necessarily mean that an attorney will appear on his behalf in this case. Each attorney on the *pro bono* panel will have the opportunity to review the Complaint and other documents filed to date in this case and determine whether the case is consistent with the attorney's expertise and experience, whether there may be claims worth pursuing, whether the amount of work necessary to pursue the case can be achieved given the attorney's other matters, and so on. Each attorney on the *pro bono* panel will have the opportunity to decide whether to accept or deny appointment in this case. The court will not *force* an attorney to represent the plaintiff.

Date: July 16, 2007