IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion for Subpoenas to be Served on Defendants for Deposition (Docket No. 251) is denied without prejudice.  Plaintiff must comply with the applicable Federal Rules of Civil Procedure (i.e., 30 and 45) and Local Rules of Practice for the District of Colorado (i.e., 30.1) with respect to noticing any and all depositions, having any subpoenas issued, completing the subpoenas, and then arranging for service of any subpoenas.  It is further

ORDERED that the plaintiff's Motion for an Order Directing Theresa Montoya to Properly Enter Her Appearance of Otherwise Show Cause (Docket No. 250) is denied.  As shown in the defendants' response to the motion (Docket No. 258), there is no basis in law or in fact for the court to require Ms. Montoya to enter her appearance in this case.

Date: August 30, 2007