IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the plaintiff's Motion for an Order Directing the Clerk to Return Plaintiff's Rule 26(a)(1) Disclosures or, in the Alternative, to File Them (Docket No. 260) is denied.  The Clerk's Office has advised that its usual procedure is to return any such documents along with a cover letter.  They thus do not have plaintiff's disclosures.

Date: October 2, 2007