IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Sanctions (docket no. 270) and the Pro Se Incarcerated Plaintiff's Motion to Supplement (docket no. 248) are both DENIED finding no basis in law or fact to support such motions.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Supplement (docket no. 271) is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED insofar as adding additional witnesses to the Preliminary Pretrial Order only. The following witnesses shall be included in the Pro Se Incarcerated Plaintiff's witness list attached to the Preliminary Pretrial Order dated October 10, 2007, *nunc pro tunc* to October 2, 2007.

> Rae Martinez Grafton
> Raymond Cheasble
> Donnell Hunter
> Cher Myhand
> Allyson Alvarado
> Ernest Williams
> Lt. J. Joseph Masopust
> Charles Mann
> Jason Greer
> Brandon Payne
> Benjamin Valle
> Denise Heuett
> M. Hass
> Lt. M. Mooneyham
> Lt. M. Maroni

Celeste N. Garcia
G. Fozzard
Lt. Ardiente
S.I.S. Technician Potter
S.I.S. Technician Turner
R. Lindsey
D. Grafton
Officer Entzel
Officer Sabino
R. Samms
L. Allen
Eric Miller
Nekyle Chaney

The remainder of this motion (docket no. 270) is DENIED.

Date: October 11, 2007