IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Plaintiff to be Provided a Copy of a Sample Confidential Settlement Statement (Docket No. 293) is denied.  All settlement statements submitted to the court in other cases are confidential.  Therefore, the court cannot provide plaintiff with a copy of one as a sample.  Plaintiff shall merely submit a confidential letter to the court in which he states an overview of the case from his point of view, summarizes the evidence which supports his claims, and states what he wants from the defendants to settle this case.  It is further

**ORDERED** that the plaintiff's Motion to Strike, or, In the Alternative, Opposition to Defendants' response to Motion to Supplement (Docket No. 294) is denied.  The court has already ruled on the underlying motion to supplement (see docket no. 275).

Date:  October 30, 2007