IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 03-cv-00387-EWN-MJW


WALLACE MITCHELL,

      Plaintiff,

v.

KEVIN ESTRADA, Correction Officer,
JOE E. GUNJA, Warden,
RACHEL MILLER, R.N.,
BILL GRANT, M.D., Psychiatrist,
BRANDON E. PAYNE, EMT-Paramedic,
HARLEY LAPPIN, Director, Bureau of Prisons,
in Their Personal and Professional Capacity,

      Defendants.

---

**ORDER**

---

      This matter is before the court on Plaintiff's objections to orders of the magistrate judge (#298, 208, 216, 238, and 262). The court has reviewed the objections and the rulings. The objections must be overruled and the rulings must be affirmed unless clearly erroneous or contrary to law. The magistrate judge's orders are neither. Indeed, Plaintiff's objections appear to be frivolous and to reflect a strategy of objection to every ruling of the magistrate judge. The court admonishes Plaintiff against this form of harassment. It is therefore

      ORDERED that the appeals of the magistrate judge's decisions (#298, 208, 216, 238, and 262) are OVERRULED. It is further

ORDERED that the motion for ruling (#299) is DENIED as moot.

DATED this 13th day of November, 2007.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge