IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Compel (docket no. 325) is DENIED as moot. This case is settled. Defendants have received back from the Pro Se Incarcerated Plaintiff, a signed Stipulation for Dismissal. The Pro Se Incarcerated Plaintiff has received the settlement agreement in writing and the changes that the Pro Se Incarcerated Plaintiff requested have been incorporated in the written settlement agreement. However, the Pro Se Incarcerated Plaintiff has not returned the signed written settlement agreement back to Defendants' counsel

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff shall sign the written settlement agreement and **return the signed written settlement agreement to Defendants' counsel on or before February 11, 2008.**

It is FURTHER ORDERED that the parties shall file their Stipulation for Dismissal with the court on or before February 15, 2008, or show cause why this case should not be dismissed.

Date: January 28, 2008