IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for an Order Directing the BOP Defendants to Return All Legal Records and Documents Related to this Case (docket no. 334) is DENIED. This case was settled at a settlement conference on November 30, 2007. Magistrate Judge Watanabe placed the settlement on the record and approved the settlement and ordered the parties to file their stipulation for dismissal with prejudice with the court by December 21, 2007. *See* docket no. 324 and the record made by Magistrate Judge Watanabe in open court on November 30, 2007. The Pro Se Plaintiff has failed to demonstrate any need for legal records and/or documents that he now wants since the case is settled and all that needs to be done is to file the stipulation for dismissal with the court. It should be noted that this court has had to enter a further minute order directing the stipulation for dismissal to be file or to show cause why this case should not be dismissed. See minute order dated January 28, 2008 (docket no. 331).

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Relief from Judgment and Cause Why this Case should not be Dismissed (docket no. 335) is DENIED finding no basis in law or fact for such relief. *See also* above ruling on docket no. 334.

It is FURTHER ORDERED that the following motions are all MOOT and they are all DENIED based upon the settlement of this case. *See* docket no. 324.

1. Pro Se Incarcerated Plaintiff's Motion to Compel (docket no. 284);
2. Pro Se Incarcerated Plaintiff's Motion to Compel (docket no. 287);
3. Defendants' Motion to Dismiss (docket no. 301);
4. Pro Se Incarcerated Plaintiff's Motion to Strike (docket no. 313);
5. Pro Se Incarcerated Plaintiff's Motion to Strike (docket no. 314);

6. Pro Se Incarcerated Plaintiff's Motion for Order (docket no. 319); and,
7. Pro Se Incarcerated Plaintiff's Motion to Strike (docket no. 320);

Date: February 12, 2008

_____