IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

    Plaintiff,

v.

KEVIN ESTRADA, Correction Officer,
JOE E. GUNJA, Warden,
RACHEL MILLER, R.N.,
BILL GRANT, M.D., Psychiatrist,
BRANDON E. PAYNE, EMT-Paramedic,
HARLEY LAPPIN, Director, Bureau of Prisons,
in Their Personal and Professional Capacity,

    Defendants.

---

**ORDER**

---

This matter is before the court on the motion to recuse (#344) filed by Plaintiff. The court, having reviewed the motion rejects the suggestion that there was impropriety in the order complained of and finds that the motion states no ground for recusal. The motion is therefore DENIED.

Dated this 2nd day of April, 2008.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge