IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

Plaintiff,

v.

KEVIN ESTRADA, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's request for copies of any recent rulings by the court or motions by the defendants (Docket No. 340) is denied as moot inasmuch as it appears from plaintiff's subsequent filings with the court that he has received such documents. It is further

**ORDERED** that the plaintiff's Motion for an Order Enforcing the Settlement Agreement (Docket No. 343) is denied as moot. According to defense counsel (see Docket No. 352 at 2), plaintiff has been provided with the settlement check in this matter. It is further

**ORDERED** that the plaintiff's Motion for Sanctions (Docket No. 345) is denied, finding no basis in law or in fact for such relief.

Date: April 15, 2008