IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 03-cv-00387-EWN-MJW

WALLACE MITCHELL,

    Plaintiff,

v.

KEVIN ESTRADA, Correction Officer,
JOE E. GUNJA, Warden,
RACHEL MILLER, R.N.,
BILL GRANT, M.D., Psychiatrist,
BRANDON E. PAYNE, EMT-Paramedic,
HARLEY LAPPIN, Director, Bureau of Prisons,
in Their Personal and Professional Capacity,

    Defendants.

---

# ORDER

---

This matter comes before the court on two filings by Plaintiff Wallace Mitchell: (1) "Motion for Relief from Judgment" (#342) and (2) his objections to the magistrate judge's order of February 12, 2008 (#346). The court has reviewed the transcript which has been filed in this case, in order to evaluate the motion for relief from judgment. Two ineluctable facts are clear: First, this case definitely settled on November 30, 2007. Second, Defendant's counsel has tendered, and Plaintiff has accepted the $1,500 settlement check for which the settlement agreement provides. Thus, there is no basis for the motion for relief from the order dismissing this case with prejudice, and Plaintiff's objections are moot. Accordingly, it is

    **ORDERED** as follows:

1. The clerk will scan, docket, and serve on the parties the transcript of the settlement proceedings on November 30, 2007, it appearing to the court that this has not been done.

2. The "Motion for Relief From Judgment" (#342) is DENIED.

3. Plaintiff's objections (#346) to the magistrate judge's order of February 12, 2008 (#337) are OVERRULED as moot, and the magistrate judge's order will stand as the order of this court.

Dated this 6th day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge