IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00387-PAB-MJW

WALLACE MITCHELL,

    Plaintiff,

v.

KEVIN ESTRADA, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion for an Extension of Time [Docket No. 364] and the Motion for Relief from Judgment [Docket No. 365] filed by plaintiff Wallace Mitchell. In his motions, plaintiff requests additional time to present arguments distinguishing this case from the Supreme Court's holding in *Kokkonen v. Guardian Life Ins. Co. of Am., Inc.*, 511 U.S. 375 (1994). Specifically, plaintiff argues that this case is distinguishable from *Kokkonen* because the settlement agreement here was entered by the Court without input "from either party on whether the final order should include a stipulation to retain jurisdiction." Docket No. 365 at 2. Because plaintiff did not have an opportunity to fully brief the settlement issue in his motion to reopen the case [Docket No. 359], the Court will grant plaintiff's request for an extension.

    Accordingly, it is

    **ORDERED** that the Motion for an Extension of Time of Thirty (30) Days [Docket No. 364] is **GRANTED**. It is further

    **ORDERED** that the Motion for Relief from Judgment and/or Reconsideration [Docket No. 365] is **GRANTED**. It is further

    **ORDERED** that, on or before November 26, 2012, plaintiff shall file a renewed motion to reopen the case.

    DATED October 17, 2012.